# AFFIDAVIT OF SERVICE

| Case: 22-cv-6173 | Court: UNITED STATES DISTRICT COURT for the Eastern District of New York | | Job: 7837795 |
|---|---|---|---|
| **Plaintiff / Petitioner:** ARETHA CROSSON, individually and as the representative of a class of similarly situated persons | | **Defendant / Respondent:** VERVE LABS, INC., | |
| **Received by:** HR Office Solutions Inc | | **For:** Shaked Law Group | |
| **To be served upon:** VERVE LABS, INC., C/O THE CORPORATION TRUST COMPANY | | | |

I, Phillip Johnson, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** VERVE LABS, INC., C/O THE CORPORATION TRUST COMPANY, 1209 ORANGE STREET, WILMINGTON, DE 19801
**Manner of Service:** Registered Agent, Oct 18, 2022, 1:35 pm EDT Given to Nadia Bellamy
**Documents:** Summons and Complaint

**Additional Comments:**
1) Successful Attempt: Oct 18, 2022, 1:35 pm EDT at 1209 ORANGE STREET, WILMINGTON, DE 19801 received by Nadia Bellamy. Age: 25; Ethnicity: African American; Gender: Female; Weight: 130lbs; Height: 5'5"; Hair: Red;

_____    10/20/2022
Phillip Johnson                         Date

HR Office Solutions Inc
49 Representative Ln
Dover, DE 19904
646-773-3369